UNCLAIMED FUNDS

NOVEMBER 5, 2010

07-60023   DARNELL GRAHAM
           CREDITOR DID NOT CASH CHECK
           CHECK #461599 FOR $173.84
           AMERICA'S CHECK MART
           3477 MASSILLON RD
           UNIONTOWN, OH  44685

06-60236   RICHARD DANIELS
           CREDITOR DID NOT CASH CHECK
           CHECK #461598 FOR $1,741.88
           GENERAL REVENUE CORPORATION
           PO BOX 495999-0165
           CINCINNATI, OH  45249-5999

06-60236   RICHARD DANIELS
           CREDITOR DID NOT CASH CHECK
           CHECK #461597 FOR $1,544.30
           AES/PHEAA
           1200 NORTH SEVENTH STREET
           HARRISBURG, PA  17102-1444

```
                    0 . *
              173 . 84 +
            1,741 . 88 +
            1,544 . 30 +
            3,460 . 02 *
```